RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Antonio Lamarcus Masters

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-007-JAD-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| ANTONIO LAMARCUS MASTERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Antonio Lamarcus Masters, that the Sentencing Hearing currently scheduled on June 11, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel requires additional time to review the presentence investigation report with Mr. Masters.  Defense counsel also requires additional time to obtain sentencing mitigation documentation.

1    2.    The defendant is in custody and does not oppose a continuance.

2    3.    The parties agree to the continuance.

3    This is the first request for a continuance of the sentencing hearing.

4    DATED this 21st day of May, 2018.

5

6    RENE L. VALLADARES                DAYLE ELIESON
     Federal Public Defender           United States Attorney

7

8         /s/ Raquel Lazo                    /s/ Elham Roohani
     By_____   By_____

9    RAQUEL LAZO                       ELHAM ROOHANI
     Assistant Federal Public Defender  Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ANTONIO LAMARCUS MASTERS,

        Defendant.

Case No. 2:17-cr-007-JAD-CWH

**ORDER**

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, June 11, 2018 at 10:00 a.m., be vacated and continued to August 13, 2018, at the hour of 2:00 p.m.

    DATED this 22nd day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

3