1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   RAQUEL LAZO
3  Assistant Federal Public Defender
   Nevada State Bar No. 8540
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Raquel_lazo@fd.org

7  Attorney for Antonio Lamarcus Masters

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-007-JAD-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| ANTONIO LAMARCUS MASTERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Antonio Lamarcus Masters, that the Sentencing Hearing currently scheduled on August 13, 2018 at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties require additional time to attempt to resolve restitution issues.

2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 6th day of August, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ANTONIO LAMARCUS MASTERS,

    Defendant.

Case No. 2:17-cr-007-JAD-CWH

**ORDER**

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, August 13, 2018 at 2:00 p.m, be vacated and continued to October 15, 2018 at the hour of 2:00 p.m.

DATED this 8th day of August, 2018.

                                                                UNITED STATES DISTRICT JUDGE