RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Antonio Lamarcus Masters

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO LAMARCUS MASTERS,<br><br>Defendant. | Case No. 2:17-cr-007-JAD-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Antonio Lamarcus Masters, that the Sentencing Hearing currently scheduled on October 15, 2018 at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel is expected to be in trial in *United States v. Cameron Thomas*, Case no. 2:18-cr-239-RFB-GWF, on the currently scheduled sentencing hearing

date. Government counsel is also expected to be in trial on the currently scheduled sentencing hearing date in *United States v. Lonny Ditirro*, Case no. 16-cr-216-KJD-VCF.

2. Government counsel will be out of the jurisdiction for training the week of October 22, 2018.

3. Government counsel is expected to be in trial in *United States v. David Cohen*, Case no. 17-cr-114-APG-CWH, the week of October 29, 2018.

4. The defendant is in custody and does not oppose a continuance.

5. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 4th day of October, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____ | */s/ Elham Roohani*<br>By_____ |
| RAQUEL LAZO<br>Assistant Federal Public Defender | ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ANTONIO LAMARCUS MASTERS,

    Defendant.

Case No. 2:17-cr-007-JAD-CWH

**ORDER**

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, October 15, 2018 at 2:00 p.m, be vacated and continued to December 17, 2018 at the hour of 2:00 p.m.

    DATED this 5th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE