**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No.: 2:17-cr-0007-JAD-CWH |
| Plaintiff | |
| v. | **Order Granting Motion to Enlarge Time** |
| Antonio Lamarcus Masters, | [ECF No. 66 |
| Defendant | |

Defendant Antonio Lamarcus Masters was convicted of sexual exploitation of children and sentenced to 311 months in prison followed by lifetime supervised release under a written plea agreement with the government.[1] Masters did not appeal, but he filed a motion to vacate under 28 U.S.C. § 2255, arguing that his counsel gave him "misadvice about [his] appellant rights."[2] The government responded with a motion to dismiss or for more definite statement,[3] and Masters moved to extend his deadline to respond to that motion by 60–90 days.[4] More than 90 days have now passed since Masters filed that motion, but he has not filed anything else in response to the government's motions. In the interest of justice,

IT IS HEREBY ORDERED that Masters' Motion for Enlargement of Time **[ECF No. 66] is GRANTED, and the Court gives Masters until January 29, 2021, to respond to the government's Motion to Dismiss or in the alternative Motion for More**

---

[1] ECF No. 60.
[2] ECF No. 62 at 3.
[3] ECF Nos. 64, 65.
[4] ECF No. 66.

1 | **Definite Statement [ECF Nos. 64, 65].**  Because Masters has already had more than four
2 | months to prepare his response, the court is not likely to further extend this deadline.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 28, 2020