# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | JUDGMENT |
| v. | Case Number: 2:17-cr-00007-JAD-CWH-1 |
| Antonio Lamarcus Masters | (Related case: 2:20-cv-01365-JAD) |
| Defendant. | |

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_\_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is in favor of Plaintiff United States of America and against Defendant Antonio Lamarcus Masters, and denying Defendant's motion to vacate under 28 U.S.C. § 2255 and denying a certificate of appealability.

| 8/9/2021 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ Y. Williams |
| | Deputy Clerk |